■ BESSIE D. ROBERTSON, Respondent, v HOUSE OF GOD WHICH IS THE CHURCH OF THE LIVING GOD THE PILLAR AND GROUND OF THE TRUTH WITHOUT CONTROVERSY, INC., et al., Appellants. [718 NYS2d 919] —Order unanimously affirmed without costs. Memorandum: Supreme Court did not abuse its discretion in denying defendants' cross motion to dismiss the complaint pursuant to CPLR 3216 based on plaintiff's failure to file a timely note of issue. Plaintiff established a "good and meritorious cause of action" (CPLR 3216 [e]) and a justifiable excuse for the delay (*see, Feeney v Benderson Dev. Co.,* 255 AD2d 965; *see also, Baczkowski v Collins Constr. Co.,* 89 NY2d 499, 503). (Appeal from Order of Supreme Court, Onondaga County, Stone, J.—Dismiss Pleading.) Present—Pine, J. P., Wisner, Hurlbutt and Kehoe, JJ.

■ In the Matter of 1663 PENFIELD ROAD ASSOCIATES, L.P., Respondent, v PATRIOT BUSINESS AND REALTY SERVICES, INC., Doing Business as COMMUNITY DOCUMENT SERVICES, Appellant, et al., Respondent. [718 NYS2d 919] —Judgment unanimously affirmed with costs for reasons stated at Supreme Court, Affronti, J. (Appeal from Judgment of Supreme Court, Monroe County, Affronti, J.—Declaratory Judgment.) Present—Pine, J. P., Wisner, Hurlbutt and Kehoe, JJ.